

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Wanda Daniels, Individually and as
Personal Representative of the Estate of
Carles B. Daniels, Deceased, Appellant

No. 06-24-00086-CV        v.

Total Quality Logistics, LLC, Appellee

Appeal from the 124th District Court of
Gregg County, Texas (Tr. Ct. No. 2021-1518-B).   Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Chief
Justice Stevens.

As stated in the Court's opinion of this date, we deny the petition for permissive appeal.

We further order that the petitioner pay all costs incurred by reason of this petition.

RENDERED JANUARY 9, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk